# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE EDDOWES, | |
| Plaintiff, | NO. 3:18-CV-0125 |
| v. | (JUDGE CAPUTO) |
| DIRECTOR, STATE DEPARTMENT OF CORRECTIONS, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 16th day of May, 2018, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 27) is **ADOPTED**, and the Motion to Dismiss (Doc. 6) filed by the DOC Defendants is **GRANTED**. The claims against Defendants Garman, Houser, McMahon, Probst, Vance, Silva, Drum, Williams, Ruggiero, Ranio, Stabley, Chamberlin, Swanger, Campbell, and Butler are **DISMISSED without prejudice**.

(2) The Report and Recommendation (Doc. 29) is **ADOPTED**, and the Motion to Dismiss (Doc. 15) is **GRANTED**. The claims against Defendants Denning and Henry are **DISMISSED without prejudice**.

(3) The Report and Recommendation (Doc. 31) is **ADOPTED**, and the Motion to Dismiss (Doc. 22) filed by Defendants Fisher and Kakabar and the Motion to Dismiss (Doc. 26) filed by Defendant Finn are **GRANTED**. The claims against Fisher, Kakabar, and Finn are **DISMISSED with prejudice**.

(4) Plaintiff shall file an amended complaint within **twenty-one (21) days** from the date of entry of this Order to properly plead his claims against Defendants Garman, Houser, McMahon, Probst, Vance, Silva, Drum, Williams, Ruggiero, Ranio, Stabley, Chamberlin, Swanger, Campbell, Butler, Denning, and Henry. Failure to do so will result in the dismissal

of these claims with prejudice.

(5) The matter is **RECOMMITTED** to Magistrate Judge Carlson.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge