IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHANE EDDOWES,

    Plaintiff,

v.

DIRECTOR, STATE DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

NO. 3:18-CV-0125

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 16th day of August, 2018, upon consideration of the Report and Recommendation (Doc. 42) of Magistrate Judge Martin C. Carlson for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)     The Report and Recommendation (Doc. 42) is **ADOPTED**.

(2)     The Motion to Dismiss (Doc. 38) is **GRANTED**.

(3)     The claims against Defendants Vanessa Henry and Nicole Denning are **DISMISSED with prejudice**.

(4)     The matter is **RECOMMITTED** to Magistrate Judge Carlson.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge