# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHANE EDDOWES,

    Plaintiff,

v.

DIRECTOR, STATE DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

NO. 3:18-CV-0125

(JUDGE CAPUTO)

(MAGISTRATE JUDGE CARLSON)

## ORDER

**NOW**, this 22nd day of July, 2019, upon consideration of the Report and Recommendation (Doc. 78) of Magistrate Judge Martin C. Carlson for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 78) is **ADOPTED**.

(2) The Motion for Summary Judgment (Doc. 71) is **GRANTED**.

(3) Judgment is **ENTERED** in favor of moving Defendants and against Plaintiff on the Eighth and Fourteenth Amendment claims.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                    A. Richard Caputo
                                                    United States District Judge